| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Reade, Linda R | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>6/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>101 1st St. SE<br><br>Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

# II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |

RECEIVED 2005 JUN 15 A 10:46 FINANCIAL DISCLO RE OFFIC

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.   2004 | Bradshaw Fowler Proctor & Fairgrave, PC - wages |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income. assets. or transactions) | | | | | | | | | |
| 1.    US Bank Accounts | A | Interest | L | T | | | | | |
| 2.    Waukee State Bank | A | Interest | J | T | | | | | |
| 3.    Wells Fargo Bank | A | Interest | J | T | | | | | |
| 4.    Liberty Bank | A | Interest | J | T | | | | | |
| 5.    CSCO Stock | | None | J | T | | | | | |
| 6.    Medtronic Inc. Stock(Morgan Stanley) | A | Dividend | J | T | | | | | |
| 7.    Morgan Stanley Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 8.    VanKampen Ins. Muni Inc Trust 14 | A | Interest | J | T | Partial Sale | 05/25 | J | A | |
| 9.    -Van Kampen Ins. Muni Inc Trust 14 | | | | | Partial Sale | 12/25 | J | A | |
| 10.   Tyco International-X | A | Dividend | J | T | | | | | |
| 11.   News Corporation-X | A | Dividend | J | T | | | | | |
| 12.   US Savings Bonds | | None | J | T | | | | | |
| 13.   Morgan Stanley American Opp. Fund B | | None | J | T | | | | | |
| 14.   VanKampen Select Growth Fund | | None | J | T | | | | | |
| 15.   Stock Index Fund-Valic | | None | J | T | | | | | |
| 16.   Science & Technology Fund-Valic | | None | J | T | | | | | |
| 17.   Putnam New Opportunity Fund | | None | J | T | | | | | |
| 18.   Putnam Global Gr Fund | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. American Cent Ultra Fund | | None | J | T | | | | | |
| 20. IRA Account | | None | J | T | | | | | |
| 21. -Fidelity Adv Serv VII Technology Fd Cl T | | | | | | | | | |
| 22. -Piper Jaffray Prime Obligs | | | | | | | | | |
| 23. Retirement Account | E | Dividend | P1 | T | | | | | |
| 24. - | A | Interest | | | | | | | |
| 25. -Schwab Money Market Fund | | | | | | | | | |
| 26. -Consumer Port | | | | | Matured | 04/15 | J | | |
| 27. -Agere Systems Inc | | | | | | | | | |
| 28. -Alltel Corp Corp Units | | | | | Buy | 01/15 | K | | |
| 29. -American Intl Group Inc | | | | | | | | | |
| 30. -American Tech Grp Inc | | | | | | | | | |
| 31. -Associated Banc Corp Wis | | | | | | | | | |
| 32. -Authentidate Hldg Corp | | | | | Partial Sale | 03/05 | J | | |
| 33. - | | | | | Buy | 04/30 | J | | |
| 34. - | | | | | Buy | 04/30 | J | | |
| 35. -Avaya Inc | | | | | | | | | |
| 36. -Bay View Cap Reorg | | | | | Redemption | 06/30 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reade, Linda R | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   -Biomira Inc | | | | | | | | | |
| 38.   -Biosys Inc New | | | | | Worthless | 11/23 | J | | |
| 39.   -Blue Chip Value Fd Inc | | | | | | | | | |
| 40.   -Breed Technologies | | | | | | | | | |
| 41.   -Chicos Fas Inc | | | | | Buy | 09/02 | K | | |
| 42.   -Corrections Cp Amer New | | | | | | | | | |
| 43.   -Cray Computer Corp | | | | | | | | | |
| 44.   -General Electric Company | | | | | | | | | |
| 45.   -GEO Group Inc (formerly Wackenhut Corrections Cp) | | | | | | | | | |
| 46.   -Grupo Inds Maseca B | | | | | | | | | |
| 47.   -Healthrac Inc | | | | | | | | | |
| 48.   -Intl Business Machines | | | | | | | | | |
| 49.   -L T V Corporation New | | | | | | | | | |
| 50.   -Laserscope | | | | | | | | | |
| 51.   -Level 3 Communications | | | | | | | | | |
| 52.   -Lucent Technologies Inc | | | | | | | | | |
| 53.   -Maytag Corp | | | | | | | | | |
| 54.   -Mcleodusa Inc New | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1.001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15.001-$50,000 | L = $50.001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Nstor Technologies Inc | | | | | | | | | |
| 56. -Petaquilla Minerals LTDF(formerly Adrian Resources Ltd) | | | | | | | | | |
| 57. -San Juan Basin Royal Trust | | | | | Buy | 08/16 | K | | |
| 58. | | | | | Sell | 10/22 | K | | |
| 59. | | | | | Buy | 11/08 | K | | |
| 60. | | | | | Buy | 12/03 | J | | |
| 61. | | | | | Sell | 12/14 | K | | |
| 62. -Southmark Corp New | | | | | | | | | |
| 63. -Southmark Pfd Ser A Conv | | | | | Mandtry Exch | 07/19 | | | |
| 64. -Telecom Argentina SA Ordf(formerly Telecom Argentina Ord) | | | | | | | | | |
| 65. -Templeton Global Incm Fd | | | | | | | | | |
| 66. -Time Warner Inc | | | | | | | | | |
| 67. -Tyco Intl Ltd New F | | | | | | | | | |
| 68. -Wal-Mart DE Cv Spn Adr F | | | | | | | | | |
| 69. -Wells Fargo & Co New | | | | | | | | | |
| 70. -Worldcom Inc. | | | | | Worthless | 05/10 | J | | |
| 71. -Worldcom Inc - MCI Group | | | | | Worthless | 05/10 | J | | |
| 72. -X C L Ltd New | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. –Capital World Growth & Income Fd CL A American Funds | | | | | | | | | |
| 74. –Fidelity Adv Eqty Growth Fund | | | | | | | | | |
| 75. –Fidelity Adv Overseas Class T | | | | | | | | | |
| 76. –Franklin Biotechnology Discovery Fund | | | | | | | | | |
| 77. –Kopp Emerging Growth Fund Cl A | | | | | | | | | |
| 78. –MFS Emerging Growth Fund | | | | | | | | | |
| 79. –MFS Global Fund CL A | | | | | | | | | |
| 80. –Oppenheimer Global Fund | | | | | | | | | |
| 81. –Putnam New Opportunties | | | | | | | | | |
| 82. –General Growth PPTYS | | | | | | | | | |
| 83. –Lucent Techs Inc Warrants | | | | | Buy | 12/10 | J | | |
| 84. –Aero Systems Inc | | | | | Worthless | 12/17 | J | | |
| 85. –Commerce Bancshares IA | | | | | | | | | |
| 86. –Enercon Data Corp | | | | | Worthless | 12/21 | J | | |
| 87. –McLeod USA Inc Cl A XXX | | | | | | | | | |
| 88. –Simetco Inc | | | | | Worthless | 12/22 | J | | |
| 89. Farming Operation | F | Crops | | | | | | | |
| 90. –Farm 1 Dallas Co, IA | | | M | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.  -Farm 2 Dallas Co, IA | | | M | W | | | | | |
| 92.  -Farm 3 Dallas Co, IA | | | L | W | | | | | |
| 93.  -Farm 4 Dallas Co, IA | | | K | W | | | | | |
| 94.  -Farm 5 Adair Co, IA | | | M | W | | | | | |
| 95.  -Farm 6 Adair Co, IA | | | M | W | | | | | |
| 96.  -Farm 7 Adair Co, IA | | | L | W | | | | | |
| 97.  -Farm 8 Adair Co, IA | | | L | W | | | | | |
| 98.  -Farm 9 Adair Co, IA | | | L | W | | | | | |
| 99.  -Farm 10 Adair Co, IA | | | M | W | | | | | |
| 100.  -Farm 11 Adair Co, IA | | | K | W | | | | | |
| 101.  -Farm 12 Cass Co, IA | | | | | Sold | 03/03 | M | G | |
| 102.  -Farm 13 Adams Co, IA | | | | | Sold | 03/04 | M | G | |
| 103.  -Farm 14 Adams Co, IA | | - | M | W | | | | | |
| 104.  -Farm 15 Adams Co, IA | | - | L | W | | | | | |
| 105.  -Farm 16 Union Co, IA | | | | | Sold | 2/20 | L | F | |
| 106.  -Farm 17 Taylor Co, IA | | | | | Sold | 3/25 | L | E | |
| 107.  -Farm 18 Adams Co, IA | | | K | W | | | | | |
| 108.  -Farm 19 Taylor County(2004 $18,685) | | | K | R | Buy | 06/30 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R | 6/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 110. Real Estate in Country of Latvia | | | | | Sell | 03/31 | K | A | |
| 111. Mineral Interest, Dallas County, IA | D | Royalty | J | T | | | | | |
| 112. Royalty Interest, Bowman County, North Dakota | A | Royalty | J | T | | | | | |
| 113. Liberty Banshares Inc (Appraisal 12/31/03. | E | S-corp inc | O | Q | | | | | |
| 114. - | A | Dividend | | | | | | | |
| 115. Ben Con Properties LLC | C | Rent | K | U | | | | | |
| 116. Towne View Apartments, LTD | A | Rent | J | U | | | | | |
| 117. - | A | Interest | | | | | | | |
| 118. Jam Leasing | E | Partnership | | | Final K-1 | 12/31 | J | | |
| 119. - | D | Rent | | | | | | | |
| 120. - | A | Dividend | | | | | | | |
| 121. Carefree Group LLC | A | Partnership | J | U | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:

Date _June 6, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544